United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-15570-elf |
| David Bruce Rabin | Chapter 13 |
| Kathi M Rabin | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 17, 2021 | Form ID: 138NEW | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Bruce Rabin, Kathi M Rabin, 555 Applewood Court, Aston, PA 19014-2544 |
| cr | | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| 13575163 | + | Aes/pheaa-keycon, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 13575164 | + | American Express, PO Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 13590924 | | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13575165 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 13575166 | + | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13575172 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, PO Box 20363, Kansas City, MO 64195 |
| 13839369 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13575174 | + | Equifax, PO Box 740256, Atlanta, GA 30374-0256 |
| 13575175 | + | Experian, 955 American Lane, Schaumburg, IL 60173-4998 |
| 13587650 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 13575181 | + | Michael FX Gillin & Associates, PC, 230 N. Monroe Street, Media, PA 19063-2908 |
| 13625540 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE SUITE #200, MOORPARK, CA 93021-2602 |
| 14532153 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca A. Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13592803 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13603424 | + | PennyMac Loan Services, LLC, C/O Aldridge Pite, LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305-1636 |
| 13575184 | | Pennymac Loan Services, Attn: Bankruptcy, PO Box 514357, Los Angeles, CA 90051 |
| 13575186 | + | Transunion, PO Box 2000, Chester, PA 19016-2000 |
| 14263052 | + | Wells Fargo Bank, N.A., PO Box 14487, Des Moines, IA 50306-3487 |
| 13594847 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13632121 | | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 18 2021 04:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2021 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 18 2021 04:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

Case 15-15570-elf   Doc 66   Filed 02/19/21   Entered 02/20/21 00:57:44   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: 138NEW | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 18 2021 02:51:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13619499 | + | Email/Text: servicing@afcfirst.com | Feb 18 2021 04:03:00 | AFC First Financial Corporation, 1005 Brookside Rd., P.O. Box 3558, Allentown, PA 18106-0558 |
| 13633718 | + | Email/Text: bncmail@w-legal.com | Feb 18 2021 04:02:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13575172 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 18 2021 03:48:57 | Citibank Sd, Na, Attn: Centralized Bankruptcy, PO Box 20363, Kansas City, MO 64195 |
| 13575168 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 18 2021 03:37:52 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13596067 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 18 2021 03:37:52 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13575171 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Feb 18 2021 04:02:00 | CheckSystems, Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 13575177 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 18 2021 04:01:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13575169 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 18 2021 06:12:46 | Chase Card, 201 N. Walnut St//de1-1027, Wilmington, DE 19801 |
| 13575170 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 18 2021 06:12:48 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13575180 | + | Email/Text: unger@members1st.org | Feb 18 2021 04:03:00 | Members 1st F C U, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 13575182 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 18 2021 04:02:00 | Office of the United States Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 13630292 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2021 03:47:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13872816 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2021 03:47:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13575183 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2021 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 13575185 | | Email/Text: epr@telecheck.com | Feb 18 2021 04:03:00 | TeleCheck Services, Inc., 5251 Westheimer, Houston, TX 77056 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13575167 | | Cap1/bstby |
| cr | *+ | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13575173 | *+ | David Bruce Rabin, 555 Applewood Court, Aston, PA 19014-2544 |
| 13591902 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, Dept 55953, P.O. Box 55000, Detroit, MI 48255-0953 |
| 13575176 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Corporation, Ford Motor Credit, PO Box 6275, Dearborn, MI 48121 |
| 13575179 | *+ | Kathi M Rabin, 555 Applewood Court, Aston, PA 19014-2544 |
| 13575178 | ## | Jordan W. Felzer, Esquire, PO Box 2163, Southeastern, PA 19399-2163 |

TOTAL: 1 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

Case 15-15570-elf    Doc 66    Filed 02/19/21    Entered 02/20/21 00:57:44    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: 138NEW | Total Noticed: 40 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2021      Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Pennymac Loan Service  LLC paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Pennymac Loan Servicing  LLC paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Pennymac Loan Service  LLC wbecf@brockandscott.com, wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennymac Loan Servicing  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC. bkgroup@kmllawgroup.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Joint Debtor Kathi M Rabin steve@bottiglierilaw.com  ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Debtor David Bruce Rabin steve@bottiglierilaw.com  ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Pennymac Loan Servicing  LLC paeb@fedphe.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC. paeb@fedphe.com |
| TRANG V TRUONG | on behalf of Creditor Wells Fargo Bank  N.A. trangtruong@wellsfargo.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC. wmiller@friedmanvartolo.com, wedwardmiller@gmail.com |

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: David Bruce Rabin and Kathi M Rabin
        Debtor(s)                                                Bankruptcy No: 15−15570−elf
                                                                       Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                    For The Court
                                                                    Timothy B. McGrath
                                                                     Clerk of Court

Dated: 2/17/21

                                                                                                           65 − 64
                                                                                      Form 138_new