United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-15570-elf |
| David Bruce Rabin | Chapter 13 |
| Kathi M Rabin | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 12, 2021 | Form ID: 3180W | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Bruce Rabin, Kathi M Rabin, 555 Applewood Court, Aston, PA 19014-2544 |
| 13575181 | + | Michael FX Gillin & Associates, PC, 230 N. Monroe Street, Media, PA 19063-2908 |
| 13625540 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE SUITE #200, MOORPARK, CA 93021-2602 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 13 2021 03:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Mar 13 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 13 2021 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 13 2021 03:30:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13619499 | + | Email/Text: servicing@afcfirst.com | Mar 13 2021 03:31:00 | AFC First Financial Corporation, 1005 Brookside Rd., P.O. Box 3558, Allentown, PA 18106-0558 |
| 13590924 | | EDI: BECKLEE.COM | Mar 13 2021 04:28:00 | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13633718 | + | Email/Text: bncmail@w-legal.com | Mar 13 2021 03:30:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13596067 | | EDI: CAPITALONE.COM | Mar 13 2021 04:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13839369 | | EDI: ECMC.COM | Mar 13 2021 04:23:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13587650 | | EDI: FORD.COM | Mar 13 2021 04:28:00 | Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 13575180 | + | Email/Text: unger@members1st.org | Mar 13 2021 03:31:00 | Members 1st F C U, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 13630292 | | EDI: PRA.COM | Mar 13 2021 04:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13594847 | | EDI: WFFC.COM | Mar 13 2021 04:28:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13632121 | | EDI: ECAST.COM | | |

Mar 13 2021 04:28:00    eCAST Settlement Corporation, assignee, of
Citibank, N.A., POB 29262, New York, NY
10087-9262

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2021                           Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Pennymac Loan Service  LLC paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Pennymac Loan Servicing  LLC paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Pennymac Loan Service  LLC wbecf@brockandscott.com, wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennymac Loan Servicing  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC. bkgroup@kmllawgroup.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Joint Debtor Kathi M Rabin steve@bottiglierilaw.com  ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Debtor David Bruce Rabin steve@bottiglierilaw.com  ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Pennymac Loan Servicing  LLC paeb@fedphe.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC. paeb@fedphe.com |
| TRANG V TRUONG | on behalf of Creditor Wells Fargo Bank  N.A. trangtruong@wellsfargo.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM EDWARD MILLER | |

District/off: 0313-2                          User: admin                                Page 3 of 3
Date Rcvd: Mar 12, 2021                       Form ID: 3180W                      Total Noticed: 16

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC. wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

TOTAL: 14

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | **David Bruce Rabin** | Social Security number or ITIN | xxx–xx–6770 |
| | First Name    Middle Name    Last Name | EIN    __–_____ | |
| Debtor 2<br>(Spouse, if filing) | **Kathi M Rabin** | Social Security number or ITIN | xxx–xx–9407 |
| | First Name    Middle Name    Last Name | EIN    __–_____ | |

United States Bankruptcy Court    Eastern District of Pennsylvania

Case number:    **15–15570–elf**

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Bruce Rabin                        Kathi M Rabin

3/11/21                                  **By the court:** Eric L. Frank
                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

| |
|---|
| **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.** |