United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-15570-elf |
| David Bruce Rabin | Chapter 13 |
| Kathi M Rabin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 22, 2021 | Form ID: 195 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Bruce Rabin, Kathi M Rabin, 555 Applewood Court, Aston, PA 19014-2544 |
| cr | | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| cr | + | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2021 06:26:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 24, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Pennymac Loan Service  LLC paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Pennymac Loan Servicing  LLC paeb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 22, 2021 | Form ID: 195 | Total Noticed: 4 |

MARIO J. HANYON
    on behalf of Creditor Pennymac Loan Service  LLC wbecf@brockandscott.com, wbecf@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pennymac Loan Servicing  LLC bkgroup@kmllawgroup.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Joint Debtor Kathi M Rabin steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Debtor David Bruce Rabin steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Pennymac Loan Servicing  LLC paeb@fedphe.com

TRANG V TRUONG
    on behalf of Creditor Wells Fargo Bank  N.A. trangtruong@wellsfargo.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM EDWARD MILLER
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC. wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                              : Chapter 13

David Bruce Rabin and Kathi M Rabin                 : Case No. 15−15570−elf

    Debtor(s)

### ORDER
_____

    AND NOW, this day , March 22, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

69
Form 195